Schenectady, New York 12303 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MANUEL RIVERA, Also Known as ANGEL RIVERA, Appellant.

Submitted April 30, 2007; decided May 3, 2007

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

SONIA ROSARIO et al., Respondents, et al., Plaintiffs, v DIAGONAL REALTY, LLC, et al., Appellants, et al., Defendants.

Submitted April 30, 2007; decided May 3, 2007

Motion by AARP for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief may be served and 24 copies filed within seven days.

SONIA ROSARIO et al., Respondents, et al., Plaintiffs, v DIAGONAL REALTY, LLC, et al., Appellants, et al., Defendants.

Submitted April 30, 2007; decided May 3, 2007

Motion by New York City Council et al. for leave to file a brief amici curiae on the appeal herein granted. Three copies of the brief may be served and an original and 24 copies filed within seven days.

In the Matter of SIMONE D., Appellant. KATHLEEN IVERSON, Respondent.

Submitted April 30, 2007; decided May 3, 2007